IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael G. Brautigam,

    Plaintiff(s),

vs.

Dirk Pastoor, et al.,

    Defendant(s).

Case Number: 1:16cv1141

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 17, 2018 a Report and Recommendation (Doc. 27). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 28) and defendants filed a response to the objections (Doc. 29). The Court is DENYING plaintiff's request for oral argument.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendants' motion for judgment on the pleadings (Doc. 23) is GRANTED. This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

    ___s/Susan J. Dlott_____
    Judge Susan J. Dlott
    United States District Court